**Fill in this information to identify the case:**

Debtor name: **AeroTech Miami Inc. d/b/a iAero Tech**
United States Bankruptcy Court for the: Southern District of Florida
Case number (If known): 23-

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims. The Debtors reserve the right to modify, recharacterize, or dispute any claim reflected herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sky Capital Partners, Inc.<br>8333 NW 53rd Street, Ste. 104<br>Miami, FL 33166<br>United States | Joysel Perez<br>786-339-6543<br>jperez@skycapitalpartners.com | Broker | Contingent, Disputed | | | $5,749,390 |
| 2 | PricewaterhouseCoopers (PWC)<br>PO Box 932011<br>Atlanta, GA 31193-2011<br>United States | Matthew Stanley<br>860-558-0169<br>matthew.r.stanley@pwc.com | Professional Services | | | | $5,002,612 |
| 3 | Magnum Airdynamics<br>13960 NW 60th Avenue<br>Miami Lakes, FL 33014<br>United States | Sean McGinn, President<br>305-817-9100, Ext 101<br>sean@magnumairdynamics.com | Vendor | | | | $1,700,678 |
| 4 | Arthur J. Gallagher & Co.<br>PO Box 742205<br>Los Angeles, CA 90074-2205<br>United States | Rachel Goerges<br>312-416-6857<br>rachel_goerges@ajg.com | Insurance | | | | $1,343,324 |
| 5 | OH Capital Assets<br>4500 Morris Park Drive<br>Mint Hill, NC 28227<br>United States | Alexa Roberts<br>704-283-5080, Ext 1016<br>customerservice@ohcapitalassets.com | Vendor | | | | $786,568 |
| 6 | Ascent Aviation Services<br>700 South Park Avenue<br>Tuscon, AZ 85756<br>United States | Scott Butler<br>Chief Commercial Officer<br>+1 520-616-5002<br>sbutler@ascentmro.com | Vendor | | | | $626,740 |
| 7 | US Customs & Border Protection<br>Attn: User Fee Team<br>6650 Telecom Drive, Ste 100<br>Indianapolis, IN 46278<br>United States | (317) 614-4811 | Government | Contingent | | | $526,626 |
| 8 | Miami-Dade Aviation Department<br>PO Box 526624<br>Miami, FL 33152-6624<br>United States | Duane M. Riley<br>(305) 876-0625<br>driley@flymia.com | Lease | | | | $494,920 |
| 9 | The Boeing Company<br>PO Box 277851<br>Atlanta, GA 30384-7851<br>United States | Bremgartner, Randall J<br>425-336-9191<br>randall.j.bremgartner@boeing.com | Vendor | | | | $381,779 |
| 10 | High Class Aero Inc<br>10699 NW 122 Street<br>Miami, FL 33178<br>United States | Yami Beltran<br>786-733-3113<br>Yami@highclassaero.com | Vendor | | | | $298,125 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | SmartWings<br>Vaclav Havel Airport Ruzyne 6th District<br>Prague,   Czech Republic | Alena Chejnovská<br>+420 725 098 521<br>alena.chejnovska@smartwings.com | Customer | Disputed | | | $279,890 |
| 12 | Aircrafters, Inc.<br>259 Quigley Blvd Suite 12-14<br>New Castle, DE 19720<br>United States | Rob Hicks<br>302-777-5000 Ext 112<br>rob.hicks@aircrafters.com | Vendor | | | | $271,479 |
| 13 | General Mitchell Int'l Airport<br>P.O. Box 78979<br>Milwaukee, WI 53278-0979<br>United States | Jennifer Rittberg<br>414-747-3880<br>jrittberg@mitchellairport.com | Vendor | | | | $260,529 |
| 14 | IATA E&F Services<br>703 Waterford Way, Suite 600<br>Miami, FL 33126<br>United States | 305 264 7772<br>MACSAmericas@iata.org | Vendor | Contingent | | | $260,200 |
| 15 | Synovus Card Services<br>PO Box 2181<br>Columbus, GA 31902<br>United States | Anita Aedo, Sr.<br>VP 305-669-6361<br>AnitaAedo@synovus.com | Vendor | | | | $226,384 |
| 16 | STS Line Maintenance<br>PO BOX 890927<br>Charlotte, NC 28289-0927<br>United States | Chad Truskowski<br>313-402-9542<br>Chad.Truskowski@stsaviationgroup.com | Vendor | | | | $222,974 |
| 17 | USDA, APHIS, AQI<br>P.O. Box 979044<br>Saint Louis, MO 63197-9000<br>United States | 844-820-2234 | Vendor | | | | $218,366 |
| 18 | Tag Aero LLC<br>175 BONUM RD<br>LAKE WYLIE, SC 29710<br>United States | Rhonda Farmer<br>803-831-9390<br>www.tag.aero | Vendor | | | | $215,084 |
| 19 | Andes Lineas Aereas SA<br>Av. Cordoba 673, Piso 4 B<br>Buenos Aires,   Argentina | 54 11 5237 28 0<br>clientes@andesonline.com | Vendor | | | | $200,000 |
| 20 | EZ Business Card Master Account<br>Arizona Bank and Trust<br>2036 E Camelback Rd,<br>Phoenix, AZ<br>United States | Vince Burke+G26<br>vburke@arizbank.com<br>602.381.2090 | Vendor | Contingent | | | $194,490 |
| 21 | North State Aviation Holdings, LLC<br>4001 N. Liberty Street<br>Winston Salem, NC 27105<br>United States | 336-837-1350 | Vendor | | | | $192,174 |
| 22 | Wings Air Support LLC<br>6307 Oak Forest Ct.<br>Summerfield, NC 27358<br>United States | Will Perez<br>336-264-2487<br>wperez@wingsairsupport.com | Vendor | | | | $188,940 |
| 23 | Ballard Partners<br>201 E Park Ave 5th Floor<br>Tallahassee, FL 32301<br>United States | Awanda Green<br>850-577-0444<br>amanda@ballardpartners.com | Professional Services | Disputed | | | $186,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 | Uniserv Aviation, Inc.<br>8522 NW 66th Street<br>MIAMI, FL 33166<br>United States | Saul<br>305-592-6225<br>sauluniserv@gmail.com | Vendor | | | | $176,990 |
| 25 | Airline Economics Inc.<br>5619 Overbrook Ln.<br>Houston, TX 77056 | William Jacobs<br>Suzan Desotelle<br>281-799-4120<br>airlineeconomics@msn.com<br>sdesotelle@aviationadvantage.com | Vendor | | | | $175,660 |
| 26 | NAVBLUE Inc.<br>295 Hagey Blvd, Suite 200<br>Waterloo, ON N2L 6R5<br>Canada | Lisa Inglis<br>519-747-1170<br>accountsreceivable@navblue.aero | Vendor | | | | $165,056 |
| 27 | North State Aviation, LLC<br>4001 N. Liberty Street<br>Winston Salem, NC 27105<br>United States | Janet Bates<br>336-837-1436<br>jbates@nsamro.com | Vendor | | | | $156,661 |
| 28 | Pan Am Int'l Flight Academy<br>PO Box 660920<br>Miami, FL 33266<br>United States | Andreina D Amario<br>305-874-6572<br>adamario@panamacademy.com | Vendor | | | | $155,245 |
| 29 | Elite Team Logistics, LLC<br>11125 Park Blvd Suite 104-209<br>Seminole, FL 33772<br>United States | Brian Henkle<br>727-612-6762<br>brian.henkle@eliteteamlogistics.com | Vendor | | | | $154,350 |
| 30 | Airport Terminal Services, Inc.<br>PO Box 934054<br>Atlanta, GA 31193<br>United States | 314-739-1900<br>cryterskil@ATSSTL.COM | Vendor | | | | $143,042 |

3